CLAYTON HUBBELL, Appellant-Respondent, v. ANNA HUBBELL, Respondent-Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses plaintiff's complaint and defendant's counterclaim and awards custody of children to plaintiff in an action for an absolute divorce.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SCHLECTER, Appellant, against JOHN F. FOSTER, as Warden of Auburn Prison, Respondent.— Order so far as appealed from affirmed, without costs of this appeal to either party. All concur. (The part of the order appealed from dismisses the writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See post, p. 808.]

MARGARET J. TIPPIN, Respondent, v. VERNON F. KING, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Dowling, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 888.]

SECURITY TRUST COMPANY OF ROCHESTER, as Committee of JOHN C. KEELEY, an Incompetent Person, Respondent, v. PENNSYLVANIA RAILROAD COMPANY et al., Respondents, and JEFFREY MANUFACTURING COMPANY, Appellant.— Motion for reargument denied, motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Dowling, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 1019.]

In the Matter of the Probate of the Will of FLORA M. WHIPPLE, Deceased. ELIZABETH DE LAPP, Appellant; ARTHUR DUNKS et al., Respondents.— Motion to stay the execution of the order of this court denied. Memorandum: The contestants have perfected an appeal to the Court of Appeals from the decree admitting the will in question to probate. [See 294 N. Y. 292 for decision on appeal.] The contestants move for an order staying the Surrogate from issuing letters testamentary pending the disposition of the appeal to the Court of Appeals. The Surrogate has deferred the issuance of letters pending the application to this court for such stay. Since the contestants have perfected their appeal, the undertaking to perfect the appeal automatically stays the issuance of letters unless the Surrogate hereafter should deem it necessary for the protection of the estate to issue letters as provided in section 87 of the Surrogate's Court Act. (Matter of Gihon, 29 Misc. 273, affd. 49 App. Div. 635; Matter of Miller, 167 Misc. 721; Civ. Prac. Act, §§ 573, 593.) The motion should be denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 1020.]

THOMAS G. EVANS, Respondent, v. TOWN OF BRIDGEWATER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Dowling, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 1022.]

ARTHUR A. ANDREWS, Appellant, v. JOSEPH J. KELLY et al., Constituting the Board of Police Pensions of the City of Buffalo, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., Dowling, McCurn and Larkin, JJ. [See 268 App. Div. 1023.]